DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILMA MURRAY,**
Appellant,

v.

**OMER REINER** and **FLORIDA CASH HOME BUYERS, INC.,**
Appellees.

No. 4D22-2162

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE21002584.

Wilma Murray, Dania Beach, pro se.

Giovanni V. Borges of Zendegui Law Group, P.A., Bay Harbor Islands, for appellee Omer Reiner.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***